IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-935-JLK**

**LORETTA ROGORS**,

        Plaintiff,

v.

**I.Q. DATA INTERNATIONAL, INC., a Washington corporation,**

        Defendant.

_____

## ORDER OF DISMISSAL
_____

Kane, J.

        In light of the Notice of Dismissal [doc. #10], filed May 30, 2014, it is

        **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.  The dismissal was

effective upon the filing of the notice.  Each party is to pay her or its own attorneys fees and

costs.

        Dated this 2nd day of June, 2014.

                                        BY THE COURT:


                                        *s/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT